IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RONALD HINES, #156086, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:09-cv-962-TMH |
| ) | WO |
| LOUIS BOYD, *et al.*, ) | |
| ) | |
| Respondentss. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #10) to the Recommendation of the Magistrate Judge filed on December 29, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #9) filed on December 14, 2009 is adopted;

3. That the petition for habeas corpus relief is DISMISSED without prejudice to afford Hines an opportunity to exhaust all state court remedies available to him.

DONE this the 14th day of January, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE